UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JEREMY DARNELL MORTON,
   a/k/a "Jiggs,"

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**(Possession of Heroin with Intent to Distribute)**

On or about September 17, 2015, in Kent County, in the Western District of Michigan, Southern Division, the Defendant,

JEREMY DARNELL MORTON,
a/k/a "Jiggs,"

did knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
HAGEN WALTER FRANK
SALLY J. BERENS
Assistant United States Attorneys