UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JEREMY DARNELL MORTON,
    a/k/a "Jiggs,"

    Defendant.
_____/

## NOTICE OF RELATED CASE

The United States of America, by and through Andrew Byerly Birge, United States Attorney, and Hagen W. Frank, Assistant United States Attorney, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(b)(iii)(A)(4), the above-captioned case is related to United States v. Jeremy Darnell Morton, Case No. 1:08-cr-287, assigned to Hon. Paul L. Maloney, because the defendant, Jeremy Darnell Morton, is on supervised release before Judge Maloney in that case. The above captioned case involves only Defendant Morton.

Dated: May 6, 2019

ANDREW BYERLY BIRGE
United States Attorney

/s/ H. W. Frank

HAGEN W. FRANK
SALLY J. BERENS
Assistant United States Attorneys

## ORDER

The Court finds that the above case is related / not related.

_____
U.S. Magistrate Judge