UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMY DARNELL MORTON,
    a/k/a "Jiggs,"

        Defendant.
_____/

Case No.:  1:19-CR-108-PLM

INDICTMENT
**PENALTY SHEET**

**CHARGE** – Possession with the Intent to Distribute Heroin – 21 USC § 841(a)(1)

**Maximum Penalties with a Prior Felony Drug Offense:**
    **Prison**:  Not more than 30 years [21 USC § 841(b)(1)(C)]
    **Fine**:  Not more than $2,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** At least 6 years and up to life [21 USC § 841(b)(1)(C); 18 USC § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013]

Dated: May 8, 2019

        /s/       *Hagen W. Frank*
        Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046