# Attachment 2

## Police Report

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Wed, Sep 02, 2015 | INCIDENT NO:<br>060-0000827-15 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0006 | SUPPLEMENTARY DATE:<br>Tue, Sep 29, 2015 | FILE CLASS:<br>09001 |

**INCIDENT STATUS:**
OPEN

## HOMICIDE

**VENUE**
Quality Inn,
7625 Caterpillar Cr. SW
Grand Rapids, (Byron Twp.) MI
49548

**INFORMATION**
At the point we were attempting to locate and interview the below listed suspects, our investigation led us to believe they were staying in a hotel in the Grand Rapids area. D/F/Lt. ANDERSON, while checking hotel registrations at the below venue discovered the name of SALAZAR. This occurred on the evening of 9-16-2015 and surveillance on this site was begun in the early morning hours of 9-17-2015.
This this time there was a warrant for the arrest of FOUSSE for "assault w/intent to murder". There was also a warrant for BURNS as a material witness. We also knew that MORTON was on Federal Probation from a narcotics conviction. We also had, through our investigation to date, that MORTON was allegedly the person in charge of these other suspects and the one directing their actions. We also had knowledge that SALAZAR was involved with MORTON and would have knowledge of the criminal activities of this group.

**TRAFFIC STOP**
We had learned that SALAZAR had paid for another night and that there were times when a black male would pay for the room. At approximately 12:00pm surveillance observed who we thought was SALAZAR leave in a vehicle registered to MORTON's mother. We requested Tpr. OWEN MCGUIGAN to make contact with SALAZAR to determine if she would tell us who was in the room and where BURNS and FOUSSE were. During the time of the stop we had also been advised that a search warrant had been obtained by D/F/Lt. ANDERSON for the hotel room and the vehicle driven by SALAZAR. SALAZAR advised MCGUIGAN that she was staying at the hotel with family of MORTON but did admit that MORTON was there but did not advise of any other person the room. The vehicle was searched under the search warrant with nothing found of evidentiary value.

**HOTEL SURVEILLANCE/MORTON**
Prior to the traffic stop being completed, surveillance on the hotel observed who was thought to be and later confirmed to be MORTON leave the hotel while on his cell phone. MORTON walked away from the Quality Inn across a gas station lot and across

| PAGE:<br>1 of 6 | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 5/13/2019 11:13

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Wed, Sep 02, 2015 | INCIDENT NO:<br>060-0000827-15 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0006 | SUPPLEMENTARY DATE:<br>Tue, Sep 29, 2015 | FILE CLASS:<br>09001 |

the street to the Comfort Inn and Suites. MORTON went into the hotel. We followed a short time later after we had enough officers present to be safe. I along with D/Tpr. HARTMAN and uniform trooper Tpr. ED BRINKMAN entered in an attempt to locate MORTON. He was not at the front desk or on the main floor of the hotel. I asked the front desk attendant who did not see him come into the hotel. The hotel manager then came out from the office area and seeing the uniformed Trooper asked if we were looking for a black male with dreads. He stated that he was the only one to walk in recently and he is in the men's bathroom.

The three of us officers went to the bathroom door and found it to be empty. While D/Tpr. HARTMAN was reviewing the hotel video, MORTON came out of the stairway at the end of the north hall. We made contact with him and made sure he had not weapons. I asked what he was doing and he was going to get a room. I advised him that we had a search warrant for his room at the Quality Inn and were going to serve it at this point. MORTON stated that he doesn't have a room there any longer that his girlfriend was supposed to have checked out a day ago and that's why he needed this room. MORTON was detained until further checks could be made.

**NARCOTICS**

Subsequent search of the bathroom at the Comfort Inn located approximately 10 grams of suspected Heroin hidden is the toilet tank by D/Tpr. HARTMAN. MORTON's phone and a large amount of cash were taken from MORTON once back at the Quality Inn. The cash and phone was documented on the search warrant return on this complaint number but the Heroin and Cash are documented under complaint 60-657-15 authored by HARTMAN. See that report for further.

**HOTEL SEARCH:**

I made contact with MORTON again outside the Quality Inn while he was with Tpr. BRINKMAN. I advised MORTON that we were going to enter rm. #106 and asked him if there were any other persons there. He stated that there wasn't.

I and D/Lt. CHRISTIANSON made contact at the room. A person asked who we were and I advised we were the police. After a moment when no one answered again or opened the door I went around the outside of the room to make sure no one exited the window. I called the other officers in the area to advise them that there was someone in the room and to assist. I then observed BURNS look out the window. As I was calling CHRISTIANSON to advise that BURNS was in the room he said to come back around as they opened the door.

Once in the room we also found FOUSSE. The room was a mess and it looked as all four of the listed suspects were staying in the room. We advised both BURNS and FOUSSE of their warrants and turned them over to uniformed troopers on scene.

The below listed property was seized from the hotel room/from SW return:

| | | |
|---|---|---|
| 1 | – LG phone blk | HARRIS |
| 2 | – LG phone red case | CHRISTIANSON |
| 3 | – LG phone white case | HARRIS |
| 4 | - LG phone destroyed | CHRISTIANSON |
| 5 | - Black face mask | CHRISTIANSON |

| PAGE:<br>2 of 6 | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 5/13/2019 11:13

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Wed, Sep 02, 2015 | INCIDENT NO:<br>060-0000827-15 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0006 | SUPPLEMENTARY DATE:<br>Tue, Sep 29, 2015 | FILE CLASS:<br>09001 |

| 6 | - White note paper w/phone # on it. | HARRIS |
| 7 | - Pair of blue size 32 pants, "Robin's Jeans" | HARRIS |
| 8 | - Dread loc found in above jeans | HARRIS |
| 9 | - Green Dot Gold Visa Debit Card | HARRIS |
| 10 | - Quantity of U.S. Currency | HARTMAN |
| 11 | - Corner tie baggie with residue | ANDERSON |
| 12 | - Marijuana blunt | HARTMAN |

**RETURN/TAB**
A copy of the search warrant was left in the hotel room as it was in SALAZAR's name and she was told to return.

A copy of the return and tabulation was returned to the court by D/F/Lt. ANDERSON.

**SUSPECT**
NAM: JEREMY DARNELL MORTON          EMP:
BIR:                                  RAC: Black     ETH:
NBR: ███        DIR:                  SEX: Male      DL: ███
STR: ███                              DOB: ███       SSN: ███
SFX: Street                           HGT: 5'5"      SI: ███
CTY: MUSKEGON    ST:  MI              WGT: 135       FBI: ███
TXH:             ZIP: 49442           HAI: Black     MNU ███
TXW:                                  EYE: Brown     PR:
SMT:

**SUSPECT**
NAM: KIERELLE MONTRELLE BURNS         EMP:
BIR:                                  RAC: Black     ETH:
NBR: ███        DIR:                  SEX: Male      DL: ███
STR: ███                              DOB ███        SSN: ███
SFX: Street                           HGT: 5'7"      SI: ███
CTY: MUSKEGON    ST:  MI              WGT: 180       FBI: ███
TXH:             ZIP: 49444           HAI: Black     MNU: ███
TXW:                                  EYE: Brown     PR:
SMT:

**SUSPECT**
NAM: JOSIAH ALEXIS FOUSSE             EMP:
BIR:                                  RAC: Black     ETH:

| PAGE:<br>3 of 6 | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 5/13/2019 11:13

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Wed, Sep 02, 2015 | INCIDENT NO:<br>060-0000827-15 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0006 | SUPPLEMENTARY DATE:<br>Tue, Sep 29, 2015 | FILE CLASS:<br>09001 |

NBR: ███   DIR:              SEX: Male        DL:  /
STR: ███                     DOB: ███         SSN: ███
SFX: Avenue                  HGT: 5'5"         SI: ███
CTY: CINCINNATI   ST: OH     WGT: 125         FBI: ███
TXH:              ZIP: 45237  HAI: Black       MNU: ███
TXW:                          EYE: Brown       PR:
SMT:

## SUSPECT

NAM: SHAMAREA ZHANE SALAZAR     EMP:
BIR:                             RAC: Black       ETH:
NBR: ███   DIR:                  SEX: Female      DL: ███
STR: ███                         DOB: ███         SSN: ███
SFX: Street                      HGT: 5'4"        SI: ███
CTY: MUSKEGON   ST: MI           WGT: 140         FBI: ███
TXH:            ZIP: 49442       HAI: Black       MNU: ███
TXW:                             EYE: Brown       PR:

## SEIZED:

SEIZED BY: HARRIS
Prop 0016 - Type: Office Equipment   Qty: 1   Article Type: Cellular Telephone   Brand:   Model: LGMS345   OAN:   Value: $0.00   Recovered Value: $0.00
Descrp: CELL PHONE, LG BRAND, BLACK IN COLOR
Obtained From: 7625 CATERPILLAR CT. SW
11 - GRAND RAPIDS TWP, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: CHRISTIANSEN MCSD
Prop 0017 - Type: Office Equipment   Qty: 1   Article Type: Cellular Telephone   Brand:   Model: LGMS345   OAN:   Value: $0.00   Recovered Value: $0.00
Descrp: CELL PHONE, LG BRAND, IN BLACK/RED CASE.
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: CHRISTIANSON MCSD

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 4 of 6 | HARRIS, MICHAEL, A., D/SERGEANT | HARRIS, MICHAEL, A., D/SERGEANT | |

PRINTED: 5/13/2019 11:13

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Wed, Sep 02, 2015 | INCIDENT NO:<br>060-0000827-15 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0006 | SUPPLEMENTARY DATE:<br>Tue, Sep 29, 2015 | FILE CLASS:<br>09001 |

Prop 0018 - Type: Office Equipment   Qty: 1   Article Type: Cellular Telephone   Brand:   Model:   OAN:   Value: $0.00   Recovered Value: $0.00
Descrp: CELL PHONE (DESTROYED), LG BRAND, BLACK
Obtained From: 7625 CATERPILLAR CT SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: CHRISTIANSON MCSD
Prop 0019 - Type: Miscellaneous   Value: $0.00
Descrp: FACEMASK, BLACK, NEOPRENE
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: HARRIS
Prop 0020 - Type: Miscellaneous   Value: $0.00
Descrp: PANTS, SIZE 32, "ROBINS JEANS" BRAND,
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: HARRIS
Prop 0022 - Type: Office Equipment   Qty: 1   Article Type: Cellular Telephone   Brand:   Model:   OAN:   Value: $0.00   Recovered Value: $0.00
Descrp: CELL PHONE, LG BRAND, BLACK W/ BLACK AND WHITE CASE.
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: HARRIS
Prop 0023 - Type: Miscellaneous   Value: $0.00
Descrp: PIECE OF HOTEL NOTE PAPER WITH PHONE NUMBER WRITTEN ON IT.

Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: HARRIS
Prop 0024 - Type: Miscellaneous   Value: $0.00
Descrp: HAIR, DREAD LOC TWIST, FOUND IN RIGHT FRONT POCKET OF ITEM #20 (PANTS)
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548

| PAGE:<br>5 of 6 | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | INVESTIGATED BY:<br>HARRIS, MICHAEL, A., D/SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 5/13/2019 11:13

| **MICHIGAN DEPARTMENT OF STATE POLICE** | **ORIGINAL DATE:** Wed, Sep 02, 2015 | **INCIDENT NO:** 060-0000827-15 |
|---|---|---|
| **SUPPLEMENTAL INCIDENT REPORT** **0006** | **SUPPLEMENTARY DATE:** Tue, Sep 29, 2015 | **FILE CLASS:** 09001 |

Date/Time Recovered: 09/17/2015 1400

SEIZED BY: HARRIS
Prop 0025 - Type: Credit/Debit Card   Qty: 1   Article Type: Card (Description Req)   Brand:   Model:   OAN:   Value: $0.00   Recovered Value: $0.00
Descrp: DEBIT CARD; GREEN DOT GOLD VISA, ACCT# ███
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: ANDERSON
Prop 0026 - Type: Miscellaneous   Value: $0.00
Descrp: PARTIAL CLEAR PLASTIC BAGGIE (CORNER-TIE) WITH RESIDUE.
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

SEIZED BY: HARTMAN
Prop 0027 - Qty: 0.010   UOM: Gram   Type: Marijuana
Descrp: SUSPECTED MARIJUANA CIGARETTE. (EST. WEIGHT)
Obtained From: 7625 CATERPILLAR CT. SW
95 - GRAND RAPIDS, MI 49548
Date/Time Recovered: 09/17/2015 1400

**STATUS:**
OPEN

| **PAGE:** 6 of 6 | **INVESTIGATED BY:** HARRIS, MICHAEL, A., D/SERGEANT | **INVESTIGATED BY:** HARRIS, MICHAEL, A., D/SERGEANT | **REVIEWED BY:** |
|---|---|---|---|

PRINTED: 5/13/2019 11:13