UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                       Case No. 1:19-cr-108

JEREMY DARNELL MORTON,          HONORABLE PAUL L. MALONEY

    Defendant.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART MOTION IN LIMINE

In accordance with the Bench Opinion issued by the Court on August 2, 2019:

**IT IS HEREBY ORDERED** that the Defendant's motion to exclude 404(b) evidence (ECF No. 33) is GRANTED IN PART AND DENIED IN PART for the reasons stated on the record.

**IT IS FURTHER ORDERED** that the Government is prohibited from introducing evidence of Defendant's prior drug activity that occurred in April of 2007 and February of 2009. The Government is not prohibited from introducing evidence of such activity that occurred in May or June 2008.

Dated:  August 7, 2019                                       /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                                United States District Judge